UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  | : |  |
|---|---|---|
| IN RE: AMOR ALLOUI | : | |
| | : | |
| | : | |
| | : | No. 19-cv-2640 |
| | : | |
| | : | |

**O R D E R**

**AND NOW**, this 21st day of August, 2019, upon consideration of the Notice issued to the

Appellant directing that the Appellant file a brief within thirty days of the entry of the record on

appeal, ECF No. 4, and of the entry of the record on appeal on July 15, 2019, ECF No. 3, **IT IS**

**ORDERED THAT** Appellant **SHALL FILE AND SERVE** his brief **within thirty days** of the

date of this order, or his appeal may be dismissed for lack of prosecution.


BY THE COURT:



*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

082119